UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 7:16-MJ-1188-4

| | | |
|---|---|---|
| **United States Of America** | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Anthony Barnes, Jr.** | ) | |
| | ) | |

On October 18, 2016, Anthony Barnes, Jr., appeared before the Honorable Robert B. Jones, Jr., United States Magistrate Judge, in Wilmington, North Carolina, and was placed on pretrial release supervision. This order is to clarify the original Order Setting Conditions of Release, specifically in regards to the location monitoring condition.

The defendant is hereby ordered to **HOME DETENTION**. The defendant is restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court obligations; or other activities approved in advance by the probation officer. The defendant shall submit to **Radio Frequency (RF) monitoring** and comply with all of the program requirements and instructions provided by the probation officer.

All other previously imposed conditions of release remain in full force and effect.

This the 19th day of October, 2016.

Robert B. Jones

United States Magistrate Judge